**Electronically Filed
Supreme Court
SCWC-23-0000431
06-MAR-2026
08:23 AM
Dkt. 40 ODAC**

SCWC-23-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William Charles
Melohn III Revocable Trust dated June 4, 2010 and Co-Trustee
under the Trudi Melohn Revocable Trust dated June 4, 2010; and
WILLIAM CHARLES MELOHN III, individually and as Co-Trustee
under the William Charles Melohn III Revocable Trust dated
June 4, 2010 and Co-Trustee under the Trudi Melohn Revocable
Trust dated June 4, 2010,
Respondents/Plaintiffs-Appellees,

vs.

DAVID EDWARD BROWN and LANHUA KAO BROWN,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000431; CIVIL NO. 1CC151002267)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

Petitioners/Defendants-Appellants David Edward Brown and
Lanhua Kao Brown's application for writ of certiorari filed on
January 27, 2026, is rejected.

DATED: Honolulu, Hawai'i, March 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson

